1  PETRA M. REINECKE (CASB No. 154482)
   Law Offices of Petra M. Reinecke
2  44 Montgomery Street, Suite 3850
   San Francisco, California 94104
3  Telephone:  (415) 591-1102
   Facsimile:   (415) 438-2655
4

5  Attorney for Defendant
   EMILY KATHERINE WEITZEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  vs.<br><br>PETER DANIEL COLLINS,<br>EMILY KATHERINE WEITZEL, and<br>DANIEL IVAN PORTER<br><br>    Defendants. | No.  C 07-1268 BZ<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT EMILY KATHERINE WEITZEL TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule of Court 6-2, plaintiff Lexington Insurance Company and defendant Emily Katherine Weitzel, by and through their respective counsel, hereby agree and stipulate to extend the time for the filing of Ms. Weitzel's responsive pleading in this matter up to and including May 1, 2007.

This extension of time was requested by counsel for Ms. Weitzel, to permit her adequate time to familiarize herself with this case, and to prepare a responsive pleading.

1   There have been no previous time modifications in this case, and this extension of time to
2   respond should not affect the case schedule set by the Court.

3   Dated: March 22, 2007                Respectfully submitted,

4

5                                        _____
                                         PETRA M. REINECKE
6                                        Attorney for Defendant
                                         EMILY KATHERINE WEITZEL
7

8   Dated: March ___, 2007               Respectfully submitted,

9

10                                       _____
                                         PHILIP A. FANT
11                                       Attorney for Plaintiff
                                         LEXINGTON INSURANCE COMPANY
12

13

14                              **ORDER**

15      Pursuant to Stipulation, IT IS SO ORDERED.

16   DATED:    March 28, 2007

17

18                                       _____
                                         BERNARD ZIMMERMAN
19                                       United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*