1  DANIEL IVAN PORTER
   Defendant
2  1226 G St. #4
   Eureka CA 95501
3  Telephone:  (707) 362-9889
   E-mail:  lex_porter1@yahoo.com

RECEIVED

07 APR 13 PM 12:05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEXINGTON INSURANCE COMPANY,

Plaintiff,

v.

PETER DANIEL COLLINS,
EMILY KATHERINE WEITZEL,
and DANIEL IVAN PORTER,

Defendants.

No. C 07-1268 BZ

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR DEFENDANT DANIEL IVAN PORTER TO RESPOND TO COMPLAINT

Defendant Daniel Ivan Porter represents himself in this civil action. Pursuant to Local Rule of Court 6-2, plaintiff Lexington Insurance Company and defendant Porter hereby agree and stipulate to extend the time for the filing of Mr. Porter's responsive pleading in this matter up to and including May 1, 2007.

This extension of time was requested by Mr. Porter, to permit him adequate time to familiarize himself with this case, and to prepare a responsive pleading.

//

//

*Lexington*, C 07-1268 BZ
ORD. EXTENDING PORTER'S TIME TO
RESPOND TO COMPLAINT

1    There have been no previous time modifications in this case, and this extension of time to
2    respond should not affect the case schedule set by the Court.
3    IT IS SO STIPULATED.
4
5    4-12-07
     Dated
6                                                    DANIEL IVAN PORTER
                                                     Defendant
7
8    4-11-07
     Dated
9                                                    PHILIP A. FANT
                                                     Attorney for Plaintiff
10                                                   LEXINGTON INSURANCE COMPANY
11
12
13
                                            **ORDER**
14
15         Pursuant to Stipulation, IT IS SO ORDERED.
16
17   16 Apr 07
18   DATED                                           BERNARD ZIMMERMAN
                                                     United States Magistrate Judge
19
20
21
22
23
24
25
26

Lexington, C 07-1268 BZ
ORD. EXTENDING PORTER'S TIME TO
RESPOND TO COMPLAINT                          2