IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>PETER D. COLLINS, EMILY KATHERINE WEITZEL, and DANIEL IVAN PORTER<br><br>    Defendants.<br>_____/ | No. C 07-01268 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

    The Court HEREBY VACATES the Case Management Conference currently set for July 13, 2007.  Pursuant to Civil Local Rule 3-12(c), the Court FURTHER ORDERS that the above captioned case is referred to Judge Susan Illston to determine whether it is related to *United States of America v. Peter Daniel Collins, Emily Katherine Weitzel, and Daniel Ivan Porter*, Case No. 07-0045 SI.

    **IT IS SO ORDERED.**

Dated:  July 10, 2007

                                                              JEFFREY S. WHITE
                                                              UNITED STATES DISTRICT JUDGE

cc: Judge Illston

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LEXINGTON INS.CO.,

    Plaintiff,

  v.

PETER D. COLLINS et al,

    Defendant.

Case Number: CV07-01268 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Ivan Porter
1226 G Street, #4
Eureka, CA 95501

Petra M. Reinecke
Law Offices of Petra M. Reinecke
44 Montgomery Street, Suite 3850
San Francisco, CA 94104

Philip A. Fant
Cozen O'Connor
425 California Street, Suite 2400
San Francisco, CA 94104-2203

Dated: July 10, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk