1   Philip A. Fant (154600)
    P.O. Box 695
2   Kentfield, CA 94914
    Telephone: (415) 747-8787
3   Facsimile: (415) 532-2501
    pfant@fantlaw.com
4
    Attorney for Plaintiff,
5   Lexington Insurance Company

6
    Petra M. Reinecke (154482)
7   44 Montgomery St., Suite 3850
    San Francisco, CA 94104
8   Telephone: (415)591-1102
    Facsimile: (415) 438-2655
9   pmreinecke@yahoo.com

10  Attorney for Defendant
    Emily Katherine Weitzel

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

15  LEXINGTGON INSURANCE COMPANY,          )  Case No.: C 07-01268SI
                                           )
16               Plaintiff,                )  STIPULATION AND ORDER OF DISMISSAL
                                           )
17               vs.                       )
                                           )
18  PETER D. COLLINS, et al.,              )
                                           )
19               Defendants.               )
    _____)

20

21       Pursuant to Rule 41(a), Federal Rules of Civil Procedure, plaintiff Lexington

22  Insurance Company and defendant Emily Katherine Weitzel, through undersigned counsel,

23  hereby stipulate to the dismissal of this action.

24       Defendant Daniel Ivan Porter has made a *pro se* appearance in this action, but

25  is understood to be currently incarcerated.  The remaining defendant, Peter Daniel

26  Collins, has not filed an appearance herein.  No defendant has filed a counterclaim,

27  cross-claim or third-party claim herein.

28

                           STIPULATION AND ORDER OF DISMISSAL - 1

1  Dated:       July 23, 2009

                                              _____
2
                                              Philip A. Fant
3                                             Attorney for Plaintiff
                                              Lexington Insurance Co.
4

5  Dated:       July 23, 2009

                                              _____
6
                                              Petra M. Reinecke
7                                             Attorney for Defendant
                                              Lexington Insurance Co.
8

9

10
                                   ORDER
11

12
   IT IS SO ORDERED.
13
   Dated:
14
                                              _____
15                                            U.S. DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28